NUMBER 13-01-826-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

__________________________________________________________________

 

JAMES
ROBERT COOK,                                                        Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                   On appeal from the County Court at Law No. 4 

                                  of Nueces County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, JAMES
ROBERT COOK, perfected an appeal from a judgment
entered by the County Court at Law No. 4 of Nueces
County, Texas,  in
cause number 2000-2923-4. 
Counsel for appellant has now filed a motion to dismiss appeal and/or
notice to Court in which he advises this Court that appellant, James Robert
Cook, died on April 14, 2002.

In accordance with
Tex. R. App. P. 7.1(a)(2), we hereby order this appeal
permanently ABATED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 30th
day of May, 2002.